**195 So. 904**

**ATTALLA BANK v. PENN MUTUAL LIFE INSURANCE CO.**

**7 Div. 589.**

Supreme Court of Alabama.

May 4, 1940.

O. R. Hood and Roger C. Suttle, both of Gadsden, for appellant.

Benners, Burr, McKamy & Forman, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

**193 So. 881**

**AUBURN PRODUCTION CREDIT ASSOCIATION v. BRAGG–COMPTON, Inc., et al.**

**5 Div. 312.**

Supreme Court of Alabama.

Feb. 15, 1940.

Jacob A. Walker, of Opelika, and C. E. Fuller, Jr., of La Fayette, for appellant.

Hill, Hill, Whiting & Rives, of Montgomery, for appellees.

PER CURIAM.

Appeal dismissed by agreement.

**195 So. 904**

**C. B. BEASLEY v. The HOUSING AUTHORITY OF THE BIRMINGHAM DISTRICT et al.**

**6 Div. 648.**

Supreme Court of Alabama.

April 25, 1940.

Lange, Simpson, Brantley & Robinson, of Birmingham, for appellant.

Coleman, Spain, Stewart & Davies and Peyton D. Bibb, all of Birmingham, for appellees.

THOMAS, Justice.

Appeal dismissed on motion of appellant.